FILED

08 JUN 11 PM 3:48

BY: ECR  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                  Plaintiff, )<br>    v. )<br>ROBERTO HEREDIA-BECERA (T/N), )<br>  aka Roberto Heredia-Mazera, )<br>                  Defendant. )<br>_____) | Criminal Case No. '08 CR 1904 JLS<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |

The grand jury charges:

On or about January 20, 2008, within the Southern District of California, defendant ROBERTO HEREDIA-BECERA (T/N), aka Roberto Heredia-Mazera, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step

//

WMC:fer:San Diego
6/10/08

1  toward committing the offense, all in violation of Title 8, United
2  States Code, Sections 1326(a) and (b).
3      It is further alleged that defendant ROBERTO HEREDIA-BECERA
4  (T/N), aka Roberto Heredia-Mazera, was removed from the United States
5  subsequent to June 27, 2005.
6      DATED: June 11, 2008.

A TRUE BILL:



Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
    W. MARK CONOVER
    Assistant U.S. Attorney

2