FILED

08 JUN 11 PM 3:47

BY: EG    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              ) Criminal Case No. '08 CR 1904 JLS
                                       )
         Plaintiff,                    )
                                       )
    v.                                 ) NOTICE OF RELATED CASE
                                       )
ROBERTO HEREDIA-BECERA (T/N),          )
   aka Roberto Heredia-Mazera,         )
                                       )
         Defendant.                    )

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to <u>United States of America v. Roberto Heredia-Becera (T/N), aka Roberto Heredia-Mazera</u>, Criminal Case No. 08CR0437-JLS.

   DATED: June 11, 2008.

                                       KAREN P. HEWITT
                                       United States Attorney

                                       W. MARK CONOVER
                                       Assistant U.S. Attorney